TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037143551
**Payment Date** 06-26-2026 **Period** 06-15-2026 - 06-21-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Personal | 230.0000 | 1.00 | 230.00 | 0.00 | |
| PA | Reg Amt | 744.8300 | 1.00 | 744.83 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 0.00 | 195.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 0.00 | 228.59 | 31208.03 |
| MEDICARE | 14.14 | 452.52 | 31208.03 |
| SOC SECURITY | 60.44 | 1934.90 | 31208.03 |
| PA INCOME TAX | 29.93 | 958.09 | 31208.03 |
| PA SUI | 0.68 | 21.85 | 31208.03 |
| COVINGTON TOWNS | 9.74 | 312.06 | 31208.03 |
| COVINGTON TOWNS | 1.00 | 26.00 | 31208.03 |

Total Gross Pay / Hours Worked 974.83 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 48716 | 858.90 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 974.83 | 31,208.03 |
| Gross Pay | 974.83 | 31,208.03 |
| Net Pay | 858.90 | 27,059.02 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037143551

1198 South Governers Ave Suite
Dover, DE 19904

06-26-2026

Non-Negotiable

AMOUNT
** VOID **

Non-negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037204735
**Payment Date** 07-02-2026 **Period** 06-22-2026 - 06-28-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Reg Amt | 2035.0000 | 1.00 | 2035.00 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 65.00 | 260.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 83.43 | 312.02 | 33243.03 |
| MEDICARE | 29.50 | 482.02 | 33243.03 |
| SOC SECURITY | 126.17 | 2061.07 | 33243.03 |
| PA INCOME TAX | 62.47 | 1020.56 | 33243.03 |
| PA SUI | 1.42 | 23.27 | 33243.03 |
| COVINGTON TOWNS | 20.36 | 332.42 | 33243.03 |
| COVINGTON TOWNS | 1.00 | 27.00 | 33243.03 |

Total Gross Pay / Hours Worked 2,035.00 0.00

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|

| Direct Deposit Type | Account | Amount |
|---|---|---|
| C | 48716 | 1645.65 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,035.00 | 33,243.03 |
| Gross Pay | 2,035.00 | 33,243.03 |
| Net Pay | 1,645.65 | 28,704.67 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037204735

1198 South Governers Ave Suite
Dover, DE 19904

07-02-2026

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037295382
**Payment Date** 07-10-2026 **Period** 06-29-2026 - 07-05-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Reg Amt | 2641.9500 | 1.00 | 2641.95 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 0.00 | 260.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 164.69 | 476.71 | 35884.98 |
| MEDICARE | 38.31 | 520.33 | 35884.98 |
| SOC SECURITY | 163.80 | 2224.87 | 35884.98 |
| PA INCOME TAX | 81.11 | 1101.67 | 35884.98 |
| PA SUI | 1.85 | 25.12 | 35884.98 |
| COVINGTON TOWNS | 26.42 | 358.84 | 35884.98 |
| COVINGTON TOWNS | 1.00 | 28.00 | 35884.98 |

Total Gross Pay / Hours Worked 2,641.95 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 48716 | 2164.77 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,641.95 | 35,884.98 |
| Gross Pay | 2,641.95 | 35,884.98 |
| Net Pay | 2,164.77 | 30,869.44 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037295382

1198 South Governers Ave Suite
Dover, DE 19904

07-10-2026

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037372472
**Payment Date** 07-17-2026 **Period** 07-06-2026 - 07-12-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Reg Amt | 1641.4800 | 1.00 | 1641.48 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 0.00 | 260.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 36.21 | 512.92 | 37526.46 |
| MEDICARE | 23.80 | 544.13 | 37526.46 |
| SOC SECURITY | 101.77 | 2326.64 | 37526.46 |
| PA INCOME TAX | 50.39 | 1152.06 | 37526.46 |
| PA SUI | 1.15 | 26.27 | 37526.46 |
| COVINGTON TOWNS | 16.42 | 375.26 | 37526.46 |
| COVINGTON TOWNS | 1.00 | 29.00 | 37526.46 |

Total Gross Pay / Hours Worked 1,641.48 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 48716 | 1410.74 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,641.48 | 37,526.46 |
| Gross Pay | 1,641.48 | 37,526.46 |
| Net Pay | 1,410.74 | 32,280.18 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037372472

1198 South Governers Ave Suite
Dover, DE 19904

07-17-2026

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037452041
**Payment Date** 07-24-2026 **Period** 07-13-2026 - 07-19-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Personal | 230.0000 | 1.00 | 230.00 | 0.00 | |
| PA | Reg Amt | 1063.5800 | 1.00 | 1063.58 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 0.00 | 260.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 0.00 | 512.92 | 38820.04 |
| MEDICARE | 18.76 | 562.89 | 38820.04 |
| SOC SECURITY | 80.20 | 2406.84 | 38820.04 |
| PA INCOME TAX | 39.71 | 1191.77 | 38820.04 |
| PA SUI | 0.91 | 27.18 | 38820.04 |
| COVINGTON TOWNS | 12.94 | 388.20 | 38820.04 |
| COVINGTON TOWNS | 1.00 | 30.00 | 38820.04 |

Total Gross Pay / Hours Worked 1,293.58 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 48716 | 1140.06 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,293.58 | 38,820.04 |
| Gross Pay | 1,293.58 | 38,820.04 |
| Net Pay | 1,140.06 | 33,420.24 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037452041

1198 South Governers Ave Suite
Dover, DE 19904

07-24-2026

Non-Negotiable

AMOUNT
** VOID **

Non-negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037524532
**Payment Date** 07-31-2026 **Period** 07-20-2026 - 07-26-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Reg Amt | 1430.5600 | 1.00 | 1430.56 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 0.00 | 260.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 10.90 | 523.82 | 40250.60 |
| MEDICARE | 20.74 | 583.63 | 40250.60 |
| SOC SECURITY | 88.70 | 2495.54 | 40250.60 |
| PA INCOME TAX | 43.92 | 1235.69 | 40250.60 |
| PA SUI | 1.00 | 28.18 | 40250.60 |
| COVINGTON TOWNS | 14.30 | 402.50 | 40250.60 |
| COVINGTON TOWNS | 1.00 | 31.00 | 40250.60 |

Total Gross Pay / Hours Worked 1,430.56 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|

| Direct Deposit Type | Account | Amount |
|---|---|---|
| C | 48716 | 1250.00 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,430.56 | 40,250.60 |
| Gross Pay | 1,430.56 | 40,250.60 |
| Net Pay | 1,250.00 | 34,670.24 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037524532

1198 South Governers Ave Suite
Dover, DE 19904

07-31-2026

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037602853
**Payment Date** 08-07-2026 **Period** 07-27-2026 - 08-02-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Reg Amt | 1166.3600 | 1.00 | 1166.36 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 65.00 | 325.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 0.00 | 523.82 | 41416.96 |
| MEDICARE | 16.92 | 600.55 | 41416.96 |
| SOC SECURITY | 72.31 | 2567.85 | 41416.96 |
| PA INCOME TAX | 35.81 | 1271.50 | 41416.96 |
| PA SUI | 0.82 | 29.00 | 41416.96 |
| COVINGTON TOWNS | 11.66 | 414.16 | 41416.96 |
| COVINGTON TOWNS | 1.00 | 32.00 | 41416.96 |

Total Gross Pay / Hours Worked 1,166.36 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|

**Direct Deposit**

| Type | Account | Amount |
|---|---|---|
| C | 48716 | 962.84 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,166.36 | 41,416.96 |
| **Gross Pay** | 1,166.36 | 41,416.96 |
| **Net Pay** | 962.84 | 35,633.08 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037602853

1198 South Governers Ave Suite
Dover, DE 19904

08-07-2026

Non-Negotiable

AMOUNT
** VOID **

Non-negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC

TJ SERVICES, INC
50 Tannery Rd Ste 8
Somerville, NJ 08876

Barrett Business Services, Inc.
1198 South Governers Ave Suite B200
Dover, DE 19904
FEIN: 52-0812977 TELE: 302/734-5921

**Employee** F96436 Robert S Belsito 917136
**Status / Allow** MJ / Ma **Emp Type** Driver **Check #** 0037677262
**Payment Date** 08-14-2026 **Period** 08-03-2026 - 08-09-2026

| Location | Description | Rate | Hours/ Units | Amount | HRSWRK | PRJCT |
|---|---|---|---|---|---|---|
| PA | Reg Amt | 1234.7200 | 1.00 | 1234.72 | 0.00 | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| UNION DUES $ | 0.00 | 325.00 | |
| Back Dues | 0.00 | 20.00 | |
| FEDERAL TAX | 0.00 | 523.82 | 42651.68 |
| MEDICARE | 17.90 | 618.45 | 42651.68 |
| SOC SECURITY | 76.55 | 2644.40 | 42651.68 |
| PA INCOME TAX | 37.91 | 1309.41 | 42651.68 |
| PA SUI | 0.86 | 29.86 | 42651.68 |
| COVINGTON TOWNS | 12.34 | 426.50 | 42651.68 |
| COVINGTON TOWNS | 1.00 | 33.00 | 42651.68 |

Total Gross Pay / Hours Worked 1,234.72 0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | | | | | |

**Direct Deposit**

| Type | Account | Amount |
|---|---|---|
| C | 48716 | 1088.16 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,234.72 | 42,651.68 |
| **Gross Pay** | 1,234.72 | 42,651.68 |
| **Net Pay** | 1,088.16 | 36,721.24 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** PA 200 1st AVE COVINGTON TOWNSHIP PA 18424 Tele:908-280-0022 ***

MvQuery Version: BBSI_SS_CHECKS_REG

0037677262

1198 South Governers Ave Suite
Dover, DE 19904

08-14-2026

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

1198 South Governers Ave Suite B200
Dover, DE 19904

Robert S Belsito
9055 Idlewild Drive
TOBYHANNA, PA 18466-3804

917136 BELSITO ROBERT S

917136 TJ SERVICES, INC