| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JDY | 001322 | 005006 | CN50X | 0000270295 | 1 |

# Earnings Statement

*THE CHILDSMILES GROUP, LLC*
*300 HARMON MEADOW BLVD*
*FLOOR 2*
*SECAUCUS, NJ 07094*

Period Beginning: 06/09/2026
Period Ending: 06/23/2026
Pay Date: 06/30/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**ANABELA BELSITO**
**9055 IDLEWILD DR**
**TOBYHANNA PA 18466**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 83.95 | 2,098.75 | 23,067.61 |
| BONUS | | | 29.06 | 925.06 |
| SICK | 25.0000 | 8.00 | 200.00 | 603.94 |
| Overtime | | | | 464.63 |
| Bereavemen | | | | 400.00 |
| Holiday Pay | | | | 562.56 |
| New Training | | | | 70.00 |
| Paid Time Off | | | | 420.00 |
| **Gross Pay** | | | **$2,327.81** | 26,513.80 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -135 .16 | 1,533.87 |
| Medicare Tax | -31 .61 | 358.73 |
| PA State Income Tax | -66 .93 | 759.50 |
| Scranton Cit Income Tax | -21 .80 | 247.41 |
| Scranton Cit Local Svc Tax | -6 .50 | 91.00 |
| PA SUI Tax | -1 .63 | 18.56 |
| Federal Income Tax | | 1.43 |

| Other | this period | year to date |
|---|---|---|
| Accident Pretax | -17 .83* | 213.96 |
| Dental Pa | -58 .50* | 702.00 |
| Illness Post-Ta | -9 .98 | 119.76 |
| Life Insurance | -19 .73 | 236.76 |
| Medical Pretax | -63 .50* | 762.00 |
| Vision | -8 .00* | 96.00 |
| 401k Loan1 | -12 .73 | 152.76 |
| 401K | -116 .39* | 1,202.22 |

| | |
|---|---|
| **Net Pay** | **$1,757.52** |
| Checking | -1 ,757.52 |
| **Net Check** | **$0.00** |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,063.59

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 83.95 | |

## Important Notes

COMPANY PH#:+1 973 578 8788

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

THE CHILDSMILES GROUP, LLC
300 HARMON MEADOW BLVD
FLOOR 2
SECAUCUS, NJ 07094

**Advice number:** **00000270295**
Pay date: 06/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ANABELA BELSITO** | xxxxxx8716 | xxxx xxxx | $1,757.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JDY | 001322 | 005006 | CN50X | 0000290312 | 1 |

# Earnings Statement

*THE CHILDSMILES GROUP, LLC*
*300 HARMON MEADOW BLVD*
*FLOOR 2*
*SECAUCUS, NJ 07094*

Period Beginning: 06/24/2026
Period Ending: 07/08/2026
Pay Date: 07/15/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**ANABELA BELSITO**
**9055 IDLEWILD DR**
**TOBYHANNA PA 18466**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 83.37 | 2,084.25 | 25,151.86 |
| Overtime | 37.5000 | .75 | 28.13 | 492.76 |
| BONUS | | | 42.25 | 967.31 |
| Holiday Pay | 25.0000 | 8.00 | 200.00 | 762.56 |
| Bereavemen | | | | 400.00 |
| New Training | | | | 70.00 |
| Paid Time Off | | | | 420.00 |
| SICK | | | | 603.94 |
| **Gross Pay** | | | **$2,354.63** | 28,868.43 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -136 .82 | 1,670.69 |
| Medicare Tax | -32 .00 | 390.73 |
| PA State Income Tax | -67 .75 | 827.25 |
| Scranton Cit Income Tax | -22 .07 | 269.48 |
| Scranton Cit Local Svc Tax | -6 .50 | 97.50 |
| PA SUI Tax | -1 .65 | 20.21 |
| Federal Income Tax | | 1.43 |

| Other | this period | year to date |
|---|---|---|
| Accident Pretax | -17 .83* | 231.79 |
| Dental Pa | -58 .50* | 760.50 |
| Illness Post-Ta | -9 .98 | 129.74 |
| Life Insurance | -19 .73 | 256.49 |
| Medical Pretax | -63 .50* | 825.50 |
| Vision | -8 .00* | 104.00 |
| 401k Loan1 | -12 .73 | 165.49 |
| 401K | -117 .73* | 1,319.95 |

| Other | this period | year to date |
|---|---|---|
| Travel Reimb | | -227 .25 |

| Adjustment | |
|---|---|
| Travel Reimb | +227.25 |
| **Net Pay** | **$2,007.09** |
| Checking | -2 ,007.09 |
| **Net Check** | **$0.00** |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,089.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.12 | |

## Important Notes

COMPANY PH#:+1 973 578 8788

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

THE CHILDSMILES GROUP, LLC
300 HARMON MEADOW BLVD
FLOOR 2
SECAUCUS, NJ 07094

**Advice number:** **00000290312**
Pay date: 07/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ANABELA BELSITO** | xxxxxx8716 | xxxx xxxx | $2,007.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JDY | 001322 | 005006 | CN50X | 0000310293 | 1 |

# Earnings Statement

*THE CHILDSMILES GROUP, LLC*
*300 HARMON MEADOW BLVD*
*FLOOR 2*
*SECAUCUS, NJ 07094*

Period Beginning: 07/09/2026
Period Ending: 07/23/2026
Pay Date: 07/31/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**ANABELA BELSITO**
**9055 IDLEWILD DR**
**TOBYHANNA PA 18466**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 88.47 | 2,211.75 | 27,363.61 |
| Overtime | 37.5000 | 1.32 | 49.50 | 542.26 |
| BONUS | | | 45.23 | 1,012.54 |
| Bereavemen | | | | 400.00 |
| Holiday Pay | | | | 762.56 |
| New Training | | | | 70.00 |
| Paid Time Off | | | | 420.00 |
| SICK | | | | 603.94 |
| **Gross Pay** | | | **$2,306.48** | 31,174.91 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -133 .84 | 1,804.53 |
| Medicare Tax | -31 .30 | 422.03 |
| PA State Income Tax | -66 .27 | 893.52 |
| Scranton Cit Income Tax | -21 .59 | 291.07 |
| Scranton Cit Local Svc Tax | -6 .50 | 104.00 |
| PA SUI Tax | -1 .61 | 21.82 |
| Federal Income Tax | | 1.43 |

| Other | this period | year to date |
|---|---|---|
| Accident Pretax | -17 .83* | 249.62 |
| Dental Pa | -58 .50* | 819.00 |
| Illness Post-Ta | -9 .98 | 139.72 |
| Life Insurance | -19 .73 | 276.22 |
| Medical Pretax | -63 .50* | 889.00 |
| Vision | -8 .00* | 112.00 |
| 401k Loan1 | -12 .73 | 178.22 |
| 401K | -115 .33* | 1,435.28 |

| Other | this period | year to date |
|---|---|---|
| Travel Reimb | | -227 .25 |
| **Net Pay** | **$1,739.77** | |
| Checking | -1 ,739.77 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,043.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 89.79 | |

## Important Notes

COMPANY PH#:+1 973 578 8788

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

THE CHILDSMILES GROUP, LLC
300 HARMON MEADOW BLVD
FLOOR 2
SECAUCUS, NJ 07094

**Advice number:** **00000310293**
Pay date: 07/31/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ANABELA BELSITO** | xxxxxx8716 | xxxx xxxx | $1,739.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JDY | 001322 | 005006 | CN50X | 0000330295 | 1 |

# Earnings Statement

*THE CHILDSMILES GROUP, LLC*
*300 HARMON MEADOW BLVD*
*FLOOR 2*
*SECAUCUS, NJ 07094*

Period Beginning: 07/24/2026
Period Ending: 08/08/2026
Pay Date: 08/14/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**ANABELA BELSITO**
**9055 IDLEWILD DR**
**TOBYHANNA PA 18466**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 85.87 | 2,146.75 | 29,510.36 |
| Overtime | 37.5000 | 6.48 | 243.00 | 785.26 |
| Bereavemen | | | | 400.00 |
| BONUS | | | | 1,012.54 |
| Holiday Pay | | | | 762.56 |
| New Training | | | | 70.00 |
| Paid Time Off | | | | 420.00 |
| SICK | | | | 603.94 |
| | Gross Pay | | $2,389.75 | 33,564.66 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -139 .00 | 1,943.53 |
| | Medicare Tax | -32 .50 | 454.53 |
| | PA State Income Tax | -68 .83 | 962.35 |
| | Scranton Cit Income Tax | -22 .42 | 313.49 |
| | Scranton Cit Local Svc Tax | -6 .50 | 110.50 |
| | PA SUI Tax | -1 .68 | 23.50 |
| | Federal Income Tax | | 1.43 |
| | **Other** | | |
| | Accident Pretax | -17 .83* | 267.45 |
| | Dental Pa | -58 .50* | 877.50 |
| | Illness Post-Ta | -9 .98 | 149.70 |
| | Life Insurance | -19 .73 | 295.95 |
| | Medical Pretax | -63 .50* | 952.50 |
| | Vision | -8 .00* | 120.00 |
| | 401k Loan1 | -12 .73 | 190.95 |
| | 401K | -119 .49* | 1,554.77 |

| Other | this period | year to date |
|---|---|---|
| Travel Reimb | | -233 .83 |
| **Adjustment** | | |
| Travel Reimb | +6.58 | |
| **Net Pay** | **$1,815.64** | |
| Checking | -1 ,815.64 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,122.43

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 92.35 | |

**Important Notes**

COMPANY PH#:+1 973 578 8788

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

THE CHILDSMILES GROUP, LLC
300 HARMON MEADOW BLVD
FLOOR 2
SECAUCUS, NJ 07094

**Advice number:** **00000330295**
Pay date: 08/14/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ANABELA BELSITO** | xxxxxx8716 | xxxx xxxx | $1,815.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**