Certificate Number: 17082-PAM-DE-041344336

Bankruptcy Case Number: 26-02333

17082-PAM-DE-041344336

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2026, at 9:24 o'clock AM MST, ANABELA C BELSITO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 19, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director