United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02333-MJC
Robert Scott Belsito Chapter 7
Anabela Celina Belsito
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Aug 19, 2026 Form ID: 309A Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Scott Belsito, Anabela Celina Belsito, 9055 Idlewild Dr., Tobyhanna, PA 18466-3804 |
| 5826507 | + | Albert, 440 N Barranca Ave #3801, Covina, CA 91723-1722 |
| 5826509 | + | Atlas Card, 333 Bush St, 4th Floor, San Francisco, CA 94104-2854 |
| 5826511 | + | Blue Ridge Cable, Pocono Summit Office, 2551 Route 940, Pocono Summit, PA 18346-7760 |
| 5826516 | + | ChildSmiles Group LLC 401(k) Profit Sha, 300 Harman Meadow Blvd, Floor 2, Secaucus, NJ 07094-3643 |
| 5826528 | | Lehigh Valley Health Network, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 5826539 | + | Paul Klemm, Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32 PO Box 9, Islandia, NY 11749-1500 |
| 5826542 | | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 5826543 | + | Pentagon Federal Credit Union, 485 Cayuga Road, Cheektowaga, NY 14225-1368 |
| 5826548 | + | Recovery Management Solutions LLC, 485 Cayuga Rd, Cheektowaga, NY 14225-1368 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Aug 19 2026 18:47:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | ^ | MEBN | Aug 19 2026 18:46:31 | John J Martin, Law Offices of John J Martin, (Trustee), 1022 Court Street, Honesdale, PA 18431-1925 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Aug 19 2026 18:48:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5826508 | | Email/PDF: bncnotices@becket-lee.com | Aug 19 2026 18:52:47 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5826510 | | EDI: BANKAMER | Aug 19 2026 22:47:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5826520 | | Email/Text: correspondence@credit-control.com | Aug 19 2026 18:47:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 5826519 | | Email/Text: correspondence@credit-control.com | Aug 19 2026 18:47:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5826512 | | EDI: CAPITALONE.COM | Aug 19 2026 22:47:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5826513 | | EDI: CAPITALONE.COM | Aug 19 2026 22:47:00 | Capital One/Discover, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5826514 | ^ | MEBN | Aug 19 2026 18:46:33 | Celtic Bank/Indigo, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5826515 | | Email/Text: BNKO@cpcrecovery.com | Aug 19 2026 18:48:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Dr, Suite 200, Hopkins, MN 55343-9111 |
| 5826517 | | EDI: CITICORP | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 19 2026 22:47:00 | Citicards CBNA, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5826518 | + | Email/Text: bankruptcy@meetcleo.com | Aug 19 2026 18:48:00 | Cleo, 300 Delaware Ave, Suite 210, Wilmington, DE 19801-6601 |
| 5826521 | | Email/Text: resolutions@dave.com | Aug 19 2026 18:47:00 | Dave, 1265 S Cochran Ave, Los Angeles, CA 90019 |
| 5826522 | | EDI: DISCOVER | Aug 19 2026 22:47:00 | Discover Card/Capital One, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5826523 | | Email/Text: cxs-doc-access@earnin.com | Aug 19 2026 18:47:00 | EarnIn, 391 San Antonio Rd, Third Floor, Mountain View, CA 94040 |
| 5826524 | | EDI: USBANKARS.COM | Aug 19 2026 22:50:00 | Elan Fin Svcs/Fidelity, Attn: Bankruptcy, PO Box 790084, Saint Louis, MO 63179-0084 |
| 5826525 | | Email/Text: debtres@firstcomcu.org | Aug 19 2026 18:48:00 | First Commonwealth FCU, Attn Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 5826526 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 19 2026 18:47:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5826527 | | Email/Text: legal@january.com | Aug 19 2026 18:47:00 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-9998 |
| 5826529 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2026 18:52:42 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5826531 | | Email/Text: bknotices@mbandw.com | Aug 19 2026 18:48:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd, Bedford, OH 44146 |
| 5826530 | | Email/Text: bankruptcy@marinerfinance.com | Aug 19 2026 18:47:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5826532 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 19 2026 18:52:43 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5826533 | ^ | MEBN | Aug 19 2026 18:46:32 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5826534 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2026 18:48:00 | Midland Credit Management, 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 5826536 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2026 18:48:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5826535 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2026 18:48:00 | Midland Credit Management Inc, PO Box 2004, Warren, MI 48090-2004 |
| 5826537 | + | Email/Text: bankruptcy@moneylion.com | Aug 19 2026 18:48:00 | MoneyLion, 30 West 21st St, 9th Floor, New York, NY 10010-6957 |
| 5826538 | | EDI: AGFINANCE.COM | Aug 19 2026 22:47:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5826544 | ^ | MEBN | Aug 19 2026 18:46:23 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5826540 | | Email/Text: csc.bankruptcy@amwater.com | Aug 19 2026 18:48:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5826541 | | Email/PDF: ebnotices@pnmac.com | Aug 19 2026 18:52:38 | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5826545 | | EDI: AMINFOFP.COM | Aug 19 2026 22:50:00 | Premier Bankcard, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5826547 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 19 2026 18:47:00 | Progressive, 300 N Commons Blvd, Mayfield Village, OH 44143-1589 |
| 5826546 | | EDI: CCS.COM | Aug 19 2026 22:50:00 | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |

| | | | | |
|---|---|---|---|---|
| 5826549 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2026 18:52:43 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5826550 | | EDI: SYNC | Aug 19 2026 22:47:00 | SYNCB/Synchrony MasterCard, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5826551 | ^ | MEBN | Aug 19 2026 18:46:33 | The Bank of Missouri/Destiny, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5826552 | | Email/Text: bankruptcydepartment@tsico.com | Aug 19 2026 18:48:00 | Transworld Systems Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 5826553 | ^ | MEBN | Aug 19 2026 18:46:15 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Robert Scott Belsito usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Anabela Celina Belsito usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Robert Scott Belsito<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8529<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Anabela Celina Belsito<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4571<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7 8/18/26 |
| Case number: | 5:26–bk–02333–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Scott Belsito | Anabela Celina Belsito |
| 2. | **All other names used in the last 8 years** | aka Robert S Belsito, aka Robert Belsito | aka Anabela C Rodrigues, aka Anabela C Belsito, fka Anabela Celina Rodrigues |
| 3. | **Address** | 9055 Idlewild Dr.<br>Tobyhanna, PA 18466 | 9055 Idlewild Dr.<br>Tobyhanna, PA 18466 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin<br>Law Offices of John J Martin (Trustee)<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**



**<u>Receiving Court Issued Orders and Notices by E–Mail</u>:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 8/19/26 |
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>***Valid photo ID and proof of Social Security number are required*** | **Date: September 16, 2026 at 10:45 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 534 831 3852, Click on Join using passcode 7889648115, or call 1–272–239–0981 |
| 8. **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/15/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |