# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Scott Belsito,
aka Robert S Belsito, aka Robert Belsito,

**Debtor 1**

Anabela Celina Belsito,
aka Anabela C Rodrigues, aka Anabela C Belsito, fka Anabela Celina Rodrigues,

**Debtor 2**

Chapter 7

Case No. 5:26−bk−02333−MJC

Social Security No.:
xxx−xx−8529 xxx−xx−4571

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 20, 2026

**fnldecac** (05/18)