United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02333-MJC
Robert Scott Belsito Chapter 7
Anabela Celina Belsito
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin Page 1 of 3
Date Rcvd: Nov 20, 2026 Form ID: 318 Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Scott Belsito, Anabela Celina Belsito, 9055 Idlewild Dr., Tobyhanna, PA 18466-3804 |
| 5826507 | + | Albert, 440 N Barranca Ave #3801, Covina, CA 91723-1722 |
| 5826509 | + | Atlas Card, 333 Bush St, 4th Floor, San Francisco, CA 94104-2854 |
| 5826511 | + | Blue Ridge Cable, Pocono Summit Office, 2551 Route 940, Pocono Summit, PA 18346-7760 |
| 5826516 | + | ChildSmiles Group LLC 401(k) Profit Sha, 300 Harman Meadow Blvd, Floor 2, Secaucus, NJ 07094-3643 |
| 5826528 | | Lehigh Valley Health Network, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 5826539 | + | Paul Klemm, Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32 PO Box 9, Islandia, NY 11749-1500 |
| 5826542 | | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 5826543 | + | Pentagon Federal Credit Union, 485 Cayuga Road, Cheektowaga, NY 14225-1368 |
| 5826548 | + | Recovery Management Solutions LLC, 485 Cayuga Rd, Cheektowaga, NY 14225-1368 |
| 5826552 | | Transworld Systems Inc, PO Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5833686 | | EDI: ATLASACQU | Nov 20 2026 23:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5826508 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2026 18:58:17 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5826510 | | EDI: BANKAMER | Nov 20 2026 23:42:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5826520 | | Email/Text: correspondence@credit-control.com | Nov 20 2026 18:47:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 5826519 | | Email/Text: correspondence@credit-control.com | Nov 20 2026 18:47:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5826512 | | EDI: CAPITALONE.COM | Nov 20 2026 23:42:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5826513 | | EDI: CAPITALONE.COM | Nov 20 2026 23:42:00 | Capital One/Discover, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5826514 | ^ | MEBN | Nov 20 2026 18:39:23 | Celtic Bank/Indigo, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5826515 | | Email/Text: BNKO@cpcrecovery.com | Nov 20 2026 18:47:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Dr, Suite 200, Hopkins, MN 55343-9111 |
| 5826517 | | EDI: CITICORP | Nov 20 2026 23:42:00 | Citicards CBNA, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5826518 | + | Email/Text: bankruptcy@meetcleo.com | Nov 20 2026 18:47:00 | Cleo, 300 Delaware Ave, Suite 210, Wilmington, |

| | | | |
|---|---|---|---|
| | | | DE 19801-6601 |
| 5826521 | Email/Text: resolutions@dave.com | Nov 20 2026 18:47:00 | Dave, 1265 S Cochran Ave, Los Angeles, CA 90019 |
| 5826522 | EDI: DISCOVER | Nov 20 2026 23:42:00 | Discover Card/Capital One, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5826523 | Email/Text: cxs-doc-access@earnin.com | Nov 20 2026 18:46:00 | EarnIn, 391 San Antonio Rd, Third Floor, Mountain View, CA 94040 |
| 5826524 | EDI: USBANKARS.COM | Nov 20 2026 23:42:00 | Elan Fin Svcs/Fidelity, Attn: Bankruptcy, PO Box 790084, Saint Louis, MO 63179-0084 |
| 5826525 | Email/Text: debtres@firstcomcu.org | Nov 20 2026 18:47:00 | First Commonwealth FCU, Attn Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 5826526 | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 20 2026 18:46:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5826527 | Email/Text: legal@january.com | Nov 20 2026 18:46:00 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-9998 |
| 5826529 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2026 18:58:18 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5826531 | Email/Text: bknotices@mbandw.com | Nov 20 2026 18:47:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd, Bedford, OH 44146 |
| 5826530 | Email/Text: bankruptcy@marinerfinance.com | Nov 20 2026 18:46:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5826532 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2026 18:58:42 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5826533 | ^ MEBN | Nov 20 2026 18:39:26 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5826534 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2026 18:47:00 | Midland Credit Management, 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 5826536 | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2026 18:47:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5826535 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2026 18:47:00 | Midland Credit Management Inc, PO Box 2004, Warren, MI 48090-2004 |
| 5826537 | + Email/Text: bankruptcy@moneylion.com | Nov 20 2026 18:47:00 | MoneyLion, 30 West 21st St, 9th Floor, New York, NY 10010-6957 |
| 5826538 | EDI: AGFINANCE.COM | Nov 20 2026 23:42:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5826544 | ^ MEBN | Nov 20 2026 18:39:24 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5826540 | Email/Text: csc.bankruptcy@amwater.com | Nov 20 2026 18:47:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5826541 | Email/PDF: ebnotices@pnmac.com | Nov 20 2026 18:58:20 | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5826545 | EDI: AMINFOFP.COM | Nov 20 2026 23:42:00 | Premier Bankcard, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5826547 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 20 2026 18:46:00 | Progressive, 300 N Commons Blvd, Mayfield Village, OH 44143-1589 |
| 5826546 | EDI: CCS.COM | Nov 20 2026 23:42:00 | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5826549 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2026 18:58:19 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5826550 | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2026 23:42:00 | SYNCB/Synchrony MasterCard, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5826551 | ^ | MEBN | Nov 20 2026 18:39:26 | The Bank of Missouri/Destiny, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5826552 | | Email/Text: bankruptcydepartment@tsico.com | Nov 20 2026 18:47:00 | Transworld Systems Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 5826553 | ^ | MEBN | Nov 20 2026 18:39:23 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Anabela Celina Belsito usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Robert Scott Belsito usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robert Scott Belsito<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8529 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anabela Celina Belsito<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4571 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–02333–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Scott Belsito
aka Robert S Belsito, aka Robert Belsito

Anabela Celina Belsito
aka Anabela C Rodrigues, aka Anabela C Belsito, fka Anabela Celina Rodrigues

11/20/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**